

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

*E-filing*

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

August 29, 2007

CLERK'S OFFICE - USDC
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

C 07 4582 PVT

Re:   Transfer of our Civil Case No.   SACV 07-673 AHS(MLGx)

     Case Title:   OPLINK COMMUNICATIONS  V. O-NET COMMUNICATIONS

Dear Sir/Madam:

     An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

DOCKETED ON CM
AUG 29 2007
BY _____ 178

By _____
     Deputy Clerk

cc:   All counsel of record

================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
     Deputy Clerk

CV-22 (01/01)            TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT