1  HEIDI L. KEEFE (SBN: 178960)
   Email: hkeefe@whitecase.com
2  MARK WEINSTEIN (SBN: 193043)
   Email: mweinstein@whitecase.com
3  SAM O'ROURKE (SBN: 205233)
4  Email: sorourke@whitecase.com
   **WHITE & CASE LLP**
5  3000 El Camino Real
   5 Palo Alto Square, 9th Floor
6  Palo Alto, CA 94306
7  Telephone:    650/213-0300
   Facsimile:    650/213-8158
8
   Attorneys for Plaintiff
9  Oplink Communications, Inc.

10                    UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14

15 | OPLINK COMMUNICATIONS, INC.,            | Case No. C 07 4582 PVT
16 |                                          |
   |        Plaintiff,                        | **CERTIFICATE OF SERVICE**
17 |                                          |
   |        v.                                |
18 |                                          |
   | O-NET COMMUNICATIONS, LTD.; O-NET        |
19 | INTERNATIONAL, INC.; MULTIWAVE           |
   | DIGITAL SOLUTIONS, INC.;                 |
20 | MULTIWAVE DIGITAL SOLUTIONS              |
   | DISTRIBUTION, INC.; MULTIWAVE            |
21 | DIGITAL SOLUTIONS EAST, INC.;            |
22 | MULTIWAVE DIGITAL SOLUTIONS              |
   | NORTHERN CALIFORNIA, INC. and            |
23 | CHUNMENG WU, an individual,              |
24 |        Defendants.                       |

25

26

27

28

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, 10th Flr., Palo Alto, CA 94306.

On September 7, 2007, I served the foregoing documents:

- U.S. District Court Northern California ECF Registration Information Handout
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull
- Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement
- Standing Order Regarding Case Management in Civil Cases (San Jose Division)
- Notice of Assignment of Case to a United States Magistrate Judge (with blank consent and declination forms)
- Northern District of California San Jose Division Hearing Schedules

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope addressed as follows:

Darryl Woo
Fenwick & West LLP
801 California St.
Mountain View, CA 94041

[ X ]   BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

In addition, I sent .pdf copies of the above-listed documents via e-mail to:

Darryl Woo    dwoo@fenwick.com'

//
//
//

1         I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct and that this declaration was executed on September 7, 2007 at Palo
3 Alto, California.

_____
Michael T. Kenny