1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  OPLINK COMMUNICATIONS, INC.

No. C 07 4582 PVT

12
13        Plaintiff(s),

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

     v.
14  O-NET COMMUNICATIONS, LTD., et al.
15
         Defendant(s).
16  _____/

17        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18        The undersigned party hereby declines to consent to the assignment of this case to a United
19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20  a United States District Judge.
21
22  Dated:  9-10-2007              Signature _____
23
                                    Counsel for  Plaintiff
24                                  (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28