| | |
|---|---|
| 1 | HEIDI L. KEEFE (SBN: 178960) |
| 2 | Email: hkeefe@whitecase.com |
|   | MARK WEINSTEIN (SBN: 193043) |
| 3 | Email: mweinstein@whitecase.com |
|   | SAM O'ROURKE (SBN: 205233) |
| 4 | Email: sorourke@whitecase.com |
| 5 | **WHITE & CASE LLP** |
|   | 3000 El Camino Real |
| 6 | 5 Palo Alto Square, 9th Floor |
|   | Palo Alto, CA 94306 |
| 7 | Telephone:   650/213-0300 |
|   | Facsimile:   650/213-8158 |
| 8 | |
| 9 | Attorneys for Plaintiff |
|   | Oplink Communications, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., | Case No. C 07 4582 PVT |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| O-NET COMMUNICATIONS (SHENZHEN) LIMITED; MULTIWAVE DIGITAL SOLUTIONS, INC.; and CHUNMENG WU, an individual, | |
| Defendants. | |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF SANTA CLARA |
| 3 | I am employed in the County of Santa Clara, State of California. I am over the age of 18 and |
| 4 | not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, |
| 5 | 10th Flr., Palo Alto, CA 94306. |
| 6 | On September 10, 2007, I served the foregoing document: |
| 7 | -    Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge |
| 8 | |
| 9 | on the interested parties in this action by placing a true and correct copy thereof enclosed in a |
| 10 | sealed envelope addressed as follows: |
| 11 | Darryl Woo |
| 12 | Fenwick & West LLP<br>801 California St. |
| 13 | Mountain View, CA  94041 |
| 14 | [ X ]    BY MAIL: I am readily familiar with the firm's practice of collection and processing |
| 15 | correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service |
| 16 | on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of |
| 17 | business.  I am aware that on motion of the party served, service is presumed invalid if postal |
| 18 | cancellation date or postage meter date is more than one day after date of deposit for mailing in |
| 19 | affidavit. |
| 20 | I declare under penalty of perjury under the laws of the State of California that the |
| 21 | foregoing is true and correct and that this declaration was executed on September 10, 2007 at Palo |
| 22 | Alto, California. |
| 23 | |
| 24 | _____<br>Michael T. Kenny |