HEIDI L. KEEFE (SBN: 178960)
Email: hkeefe@whitecase.com
MARK WEINSTEIN (SBN: 193043)
Email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
Email: sorourke@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone:   650/213-0300
Facsimile:    650/213-8158

Attorneys for Plaintiff
Oplink Communications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., | Case No. C 07 4582 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| O-NET COMMUNICATIONS (SHENZHEN) LIMITED; MULTIWAVE DIGITAL SOLUTIONS, INC.; and CHUNMENG WU, an individual, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, 9th Floor., Palo Alto, CA 94306.

On September 13, 2007, I served the foregoing documents:

<u>Standing Orders of U.S. District Judge Jeffrey S. White</u>:

- Civil Standing Orders
- Standing Order for Patent Cases
- Standing Order for Civil Practice – Deposition Guidelines

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope addressed as follows:

Darryl Woo
Fenwick & West LLP
801 California St.
Mountain View, CA  94041

[ X ]   BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made.  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 13, 2007 at Palo Alto, California.

_Michael T. Kenny_
Michael T. Kenny

-1-

PALOALTO 83172 v1 (2K)

CERTIFICATE OF SERVICE
Case #. C 07 4582 JSW