1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
3  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
4  JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Defendants and Counterclaimants
   O-Net Communications (Shenzhen) Limited,
9  Multiwave Digital Solutions, Inc., and
   Chunmeng Wu, an individual

10

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  Oplink Communications, Inc.,            **Case No.  CV 07-4582 JSW**

14              Plaintiff,                  **CERTIFICATION OF INTERESTED
                                            ENTITIES OR PERSONS**
15  v.

16  O-Net Communications (Shenzhen)
    Limited,
17  Multiwave Digital Solutions, Inc.,
    Chunmeng Wu, an individual,
18
                Defendants.
19

20      **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

21          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

22  named parties, there is no such interest to report.

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS                                        CASE NO. CV 07-4582 JSW

1   Dated: September 17, 2007            FENWICK & WEST LLP

2

3                                        By:                    / s /
                                                        Darryl M. Woo
4
                                         Attorney for Defendants and Counterclaimants
5                                        O-Net Communications (Shenzhen) Limited,
                                         Multiwave Digital Solutions, Inc.,
6                                        and Chunmeng Wu, an individual

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS                                      2                    CASE NO. CV 07-4582 JSW