IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Oplink Communications Inc.,**

        Plaintiff(s),

v.

**O-Net Communications., Ltd., et al.,**

        Defendant(s),
_____/

No. C07-4582 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for **November 27, 2007 at 2:00 p.m.** before the Honorable Martin J. Jenkins. The Joint Case Management Conference Statement is due 10 days prior to the conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 24, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
    Lashanda Scott
    Courtroom Deputy