DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
HEATHER MEWES (CSB NO. 203690)
hmewes@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

MARY WANG (CSB NO. 234636)
mwang@fenwick.com
JULIE NOKLEBERG (CSB NO. 247837)
jnokleberg@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendants and Counterclaimants
O-Net Communications (Shenzhen) Limited,
Multiwave Digital Solutions, Inc., and Chunmeng
Wu, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oplink Communications, Inc.,<br><br>              Plaintiff,<br><br>v.<br><br>O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc, and Chunmeng Wu, an individual,<br><br>              Defendants. | **Case No.  CV 07-4582 MJJ**<br><br>**NOTICE OF APPEARANCE OF DARRYL M. WOO FOR DEFENDANTS AND COUNTERCLAIMANTS O-NET COMMUNICATIONS (SHENZHEN) LIMITED, MULTIWAVE DIGITAL SOLUTIONS, INC., AND CHUNMENG WU** |

Darryl M. Woo of Fenwick and West LLP hereby enters his appearance in the above-captioned action on behalf of defendants and counterclaimants O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc., and Chunmeng Wu ("Defendants").

NOTICE OF APPEARANCE                                                                                      CASE NO. CV 07-4582 MJJ

For purposes of receipt of Notices of Electronic Filing, Mr. Woo's email addresses is as follows:

    Darryl M. Woo        dwoo@fenwick.com

Dated: September 27, 2007        FENWICK & WEST LLP

By:      /s/ Darryl M. Woo
           Darryl M. Woo

Attorney for Defendants and Counterclaimants O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc., and Chunmeng Wu, an individual