1 | DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
2 | HEATHER MEWES (CSB NO. 203690)
hmewes@fenwick.com
3 | FENWICK & WEST LLP
555 California Street, 12th floor
4 | San Francisco, CA 94104
Telephone: (415) 875-2300
5 | Facsimile: (415) 281-1350

6 | MARY WANG (CSB NO. 234636)
mwang@fenwick.com
7 | JULIE NOKLEBERG (CSB NO. 247837)
jnokleberg@fenwick.com
8 | FENWICK & WEST LLP
Silicon Valley Center
9 | 801 California Street
Mountain View, CA 94041
10 | Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants and Counterclaimants
O-Net Communications (Shenzhen) Limited,
Multiwave Digital Solutions, Inc., and Chunmeng
Wu, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oplink Communications, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc, and Chunmeng Wu, an individual,<br><br>　　　　　Defendants. | **Case No. CV 07-4582 MJJ**<br><br>**NOTICE OF APPEARANCE OF HEATHER MEWES FOR DEFENDANTS AND COUNTERCLAIMANTS O-NET COMMUNICATIONS (SHENZHEN) LIMITED, MULTIWAVE DIGITAL SOLUTIONS, INC., AND CHUNMENG WU** |

Heather Mewes of Fenwick and West LLP hereby enters her appearance in the above-captioned action on behalf of defendants and counterclaimants O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc., and Chunmeng Wu ("Defendants").

NOTICE OF APPEARANCE　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. CV 07-4582 MJJ

1  For purposes of receipt of Notices of Electronic Filing, Ms. Mewes' email address is as
2  follows:
3  Heather Mewes:  hmewes@fenwick.com

4  Dated: September 27, 2007              FENWICK & WEST LLP

6                                         By:      /s/ Heather N. Mewes
7                                                  Heather N. Mewes

8  Attorney for Defendants and Counterclaimants
   O-Net Communications (Shenzhen) Limited,
   Multiwave Digital Solutions, Inc., and
9  Chunmeng Wu, an individual

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE          2          CASE NO. CV 07-4582 MJJ