1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA  94104
   Telephone:     (415) 875-2300
5  Facsimile:     (415) 281-1350

6  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
7  JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10 Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200

Attorneys for Defendants and Counterclaimants
12 O-Net Communications (Shenzhen) Limited,
   Multiwave Digital Solutions, Inc., and Chunmeng
13 Wu, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oplink Communications, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc, and Chunmeng Wu, an individual,<br><br>    Defendants. | **Case No.  CV 07-4582 MJJ**<br><br>**NOTICE OF APPEARANCE OF MARY WANG FOR DEFENDANTS AND COUNTERCLAIMANTS O-NET COMMUNICATIONS (SHENZHEN) LIMITED, MULTIWAVE DIGITAL SOLUTIONS, INC., AND CHUNMENG WU** |

Mary Wang of Fenwick and West LLP hereby enters her appearance in the above-captioned action on behalf of defendants and counterclaimants O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc., and Chunmeng Wu ("Defendants").

NOTICE OF APPEARANCE                                                             CASE NO. CV 07-4582 MJJ

1  For purposes of receipt of Notices of Electronic Filing, Ms. Wang's email addresses is as
2  follows:
3      Mary Wang:    mwang@fenwick.com
4  Dated: September 27, 2007    FENWICK & WEST LLP
5
6      By: /s/ Mary Wang
7          Mary Wang
8  Attorney for Defendants and Counterclaimants O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc., and
9  Chunmeng Wu, an individual
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28