1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 875-2300
5  Facsimile:     (415) 281-1350

6  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
7  JULIE NOKLEBERG (CSB NO. 247837)
   julienokleberg@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10 Telephone:  (650) 988-8500
   Facsimile:  (650) 938-5200
11
   Attorneys for Defendants and Counterclaimants
12 O-Net Communications (Shenzhen) Limited,
   Multiwave Digital Solutions, Inc., and
13 Chunmeng Wu, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Oplink Communications, Inc., | **Case No.  CV 07-4582 MJJ** |
|---|---|
| Plaintiff, | **DEFENDANTS O-NET COMMUNICATIONS (SHENZHEN) LIMITED AND MULTIWAVE DIGITAL SOLUTIONS, INC.'S RE-NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE, OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT** |
| v. | |
| O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc. and Chunmeng Wu, an individual, | |
| Defendants. | Date: November 27, 2007<br>Time:  9:30 a.m.<br>Ctrm:  Hon. Martin J. Jenkins |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' RE-NOTICE OF MOTION
TO DISMISS                                                                 CASE NO. CV 07-4582 MJJ

**RE-NOTICE OF MOTION**

TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Defendants O-Net Communications (Shenzhen) Limited ("O-Net Shenzhen") and Multiwave Digital Solutions, Inc. ("Multiwave") hereby re-notice their Motion to Dismiss and Motion to Strike, or Alternatively, for a More Definite Statement for Tuesday, November 27, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Hon. Martin J. Jenkins, United States District Court for the Northern District of California, 450 Golden Gate Avenue, Courtroom 11, 19th Floor, San Francisco, California.

This motion was originally filed on September 17, 2007, before this case was reassigned to Judge Jenkins (*see* Docket No. 11).

Dated: October 16, 2007                             FENWICK & WEST LLP


By:     /s/ Darryl M. Woo
              Darryl M. Woo

Attorney for Defendants
O-Net Communications (Shenzhen) Limited,
Multiwave Digital Solutions, Inc., and
Chunmeng Wu, an individual