DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
HEATHER MEWES (CSB NO. 203690)
hmewes@fenwick.com
MARY WANG (CSB NO. 234636)
mwang@fenwick.com
JULIE NOKLEBERG (CSB NO. 247837)
jnokleberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendants and Counterclaimants
O-Net Communications (Shenzhen) Limited,
Multiwave Digital Solutions, Inc., and
Chunmeng Wu, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oplink Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> O-Net Communications (Shenzhen) Limited, <br> Multiwave Digital Solutions, Inc., <br> Chunmeng Wu, an individual, <br><br> Defendants. | **Case No.  CV 07-4582 JSW** <br><br> **STIPULATION AND [PROPOSED] ORDER RE-SETTING HEARING DATE AND BRIEFING SCHEDULE RE OPLINK COMUNICATIONS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND DISMISS THEIR COUNTERCLAIMS** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Oplink

Communications and defendants O-Net Communications (Shenzhen), Limited, Multiwave Digital

Solutions, Inc., and Chunmeng Wu, through their counsel of record, that the briefing schedule and

hearing date for Plaintiff's Motion to Strike Defendants' Affirmative Defenses and Dismiss their

Counterclaims filed on October 9, 2007 (Dkt. # 19), shall be re-set as follows:

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| Defendants' Opposition to Plaintiff's Motions Shall Be Due: | November 6, 2007 |
|---|---|
| Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion Shall Be Due: | November 13, 2007 |
| Hearing on Plaintiff's Motion: | November 27, 2007, 9:30 a.m. |

There is good cause for re-setting Plaintiff's Motion. Defendants' Motion to Dismiss and Motion to Strike filed on September 17, 2007 has already been re-noticed for hearing on the same date and time—November 27, 2007 at 9:30 a.m. In addition, the case management conference in this matter is also currently set for the same date (at 2:00 p.m. rather than 9:30 a.m.).

Respectfully submitted,

Dated:  October 24, 2007

FENWICK & WEST LLP

By:_____/ s / Heather N. Mewes_____

Attorney for Defendants and Counterclaimants O-Net Communications (Shenzhen) Limited and Multiwave Digital Solutions, Inc., and Chunmeng Wu, an individual

Dated:  October 24, 2007

WHITE & CASE LLP

By:_____/ s / Sam O'Rourke_____

Attorneys for Plaintiff Oplink Communications, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

                                          Martin J. Jenkins
                                          United States District Court

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

<u>Attestation</u>

I, Heather N. Mewes, attest that I have obtained the physical signature of each of the other signatories to this Stipulation, reflecting their concurrence in the filing of this document; and will maintain records to support this concurrence until one year after final resolution of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 24th day of October 2007 at San Francisco, California.

By: _____ /s/ Heather Mewes _____

26120/00401/LIT/1275206.1

STIP. AND [PROPOSED] ORDER RE-SETTING
HEARING DATE AND BRIEFING SCHEDULE                    4                    CASE NO. CV 07-4582 MJJ