1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
3  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
4  JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Defendants and Counterclaimants
   O-Net Communications (Shenzhen) Limited,
9  Multiwave Digital Solutions, Inc., and
   Chunmeng Wu, an individual

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oplink Communications, Inc., | **Case No.  CV 07-4582 MJJ** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE-SETTING HEARING DATE AND BRIEFING SCHEDULE RE OPLINK COMUNICATIONS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND DISMISS THEIR COUNTERCLAIMS** |
| v. | |
| O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc., Chunmeng Wu, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Oplink Communications and defendants O-Net Communications (Shenzhen), Limited, Multiwave Digital Solutions, Inc., and Chunmeng Wu, through their counsel of record, that the briefing schedule and hearing date for Plaintiff's Motion to Strike Defendants' Affirmative Defenses and Dismiss their Counterclaims filed on October 9, 2007 (Dkt. # 19), shall be re-set as follows:

| | | |
|---|---|---|
| 1 | Defendants' Opposition to Plaintiff's Motions Shall Be Due: | November 6, 2007 |
| 2 | | |
| 3 | Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion Shall Be Due: | November 13, 2007 |
| 4 | | |
| 5 | Hearing on Plaintiff's Motion: | November 27, 2007, 9:30 a.m. |

There is good cause for re-setting Plaintiff's Motion. Defendants' Motion to Dismiss and Motion to Strike filed on September 17, 2007 has already been re-noticed for hearing on the same date and time—November 27, 2007 at 9:30 a.m. ~~In addition, the case management conference in this matter is also currently set for the same date (at 2:00 p.m. rather than 9:30 a.m.).~~

The case management conference is continued to Tuesday, 01/22/08 at 2:00 PM.

                                                                                                    Respectfully submitted,

Dated: October 24, 2007                    FENWICK & WEST LLP


By:           / s / Heather N. Mewes

Attorney for Defendants and Counterclaimants
O-Net Communications (Shenzhen) Limited
and Multiwave Digital Solutions, Inc., and
Chunmeng Wu, an individual

Dated: October 24, 2007                    WHITE & CASE LLP


By:           / s / Sam O'Rourke

Attorneys for Plaintiff
Oplink Communications, Inc.

1
2                               [PROPOSED] **ORDER**

3
          PURSUANT TO STIPULATION, IT IS SO ORDERED.
4

5
            10/30/07
6    Dated: _____        _____
7                                   Martin J. Jenkins
                                    United States District Court
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP. AND [PROPOSED] ORDER RE-SETTING         3              CASE NO. CV 07-4582 MJJ
HEARING DATE AND BRIEFING SCHEDULE

<u>Attestation</u>

I, Heather N. Mewes, attest that I have obtained the physical signature of each of the other signatories to this Stipulation, reflecting their concurrence in the filing of this document; and will maintain records to support this concurrence until one year after final resolution of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of October 2007 at San Francisco, California.

By: _____/s/ Heather Mewes_____

26120/00401/LIT/1275206.1