

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPLINK COMMUNICATIONS, INC.,

             Plaintiff,

     v.

O-NET COMMUNICATIONS
(SHENZHEN) LIMITED, MULTIWAVE
DIGITAL SOLUTIONS, INC.,
CHUNMENG WU, an individual,

             Defendants.

Case No. CV 07-4582 MJJ

**STIPULATION AND [PROPOSED] ORDER
RE FILING OF AMENDED PLEADINGS AND
WITHDRAWAL OF MOTIONS ON
CALENDAR FOR NOVEMBER 27, 2007**

1    **WHEREAS**, on August 24, 2007, plaintiff Oplink Communications, Inc. ("Oplink") filed

2    a First Amended Complaint in this action against defendants O-Net Communications (Shenzhen)

3    Limited ("O-Net Shenzhen"), Multiwave Digital Solutions, Inc. ("Multiwave"), and Chunmeng

4    Wu (collectively "O-Net");

5    **WHEREAS**, on September 17, 2007, O-Net filed its Answer and Counterclaims.  O-Net

6    Shenzhen and Multiwave concurrently filed a Motion to Dismiss and Motion to Strike [Docket

7    No. 11] ("Motion to Dismiss");

8    **WHEREAS**, on October 9, 2007, Oplink filed a Motion to Strike Defendants'

9    Affirmative Defenses and Dismiss Their Counterclaims [Docket No. 19] ("Motion to Strike");

10    **WHEREAS**, all briefing has been completed and both motions are currently on calendar

11    for hearing before the Court on November 27, 2007;

12    **WHEREAS**, the parties have met and conferred and have consented to each party filing

13    amended pleadings to resolve the parties' respective motions;

14    **NOW THEREFORE**, the parties to the above-entitled action, by and through their

15    attorneys of record, hereby stipulate as follows:

16    1.    Defendants consent, pursuant to Federal Rule of Civil Procedure 15(a), to Plaintiff

17    filing its Second Amended Complaint in the form attached as Exhibit A;

18    2.    O-Net Shenzhen's and Multiwave's Motion to Dismiss [Docket No. 11] be taken

19    off calendar;

20    3.    Plaintiff consents, pursuant to Federal Rule of Civil Procedure 15(a), to

21    Defendants filing their First Amended Answer and Counterclaims in the form attached as Exhibit

22    B; and

23    4.    Oplink's Motion to Strike [Docket No. 19] be taken off calendar.

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

STIPULATION AND [PROPOSED] ORDER
RE AMENDED PLEADINGS AND                    1              CASE NO. CV 07-4582 MJJ
WITHDRAWAL OF MOTIONS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     *///*

Dated: November 19, 2007         WHITE & CASE LLP

2

3                                    By: _____ /s/ Sam O'Rourke _____

4                                           Sam O'Rourke
                                          Attorneys for Plaintiff

5 Dated: November 19, 2007         FENWICK & WEST LLP

6

7                                      By: _____ /s/ Carolyn Chang _____
                                          Carolyn Chang

8                                           Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**.

9

10

11

12 Dated: November 20 , 2007                 _____

                                Honorable Martin J. Jenkins

13                                 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO