# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Oplink Communications Inc, | 07-04582 MJJ |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| O-Net Communications, Ltd., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4  It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: January 9, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
07-04582 MJJ                                            -2-

PROOF OF SERVICE

Case Name:      Oplink Communications Inc v. O-Net Communications, Ltd.

Case Number:    07-04582 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 9, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Samuel Citron O'Rourke
> WHITE & CASE LLP
> 3000 EL CAMINO REAL
> 5 PALO ALTO SQUARE
> 9TH FLOOR
> PALO ALTO, CA 94306
> sorourke@whitecase.com
>
> Mark R. Weinstein
> White & Case LLP
> 3000 El Camino Real
> 5 Palo Alto Square, Ninth Floor
> Palo Alto, CA 94306
> mweinstein@whitecase.com
>
> Heidi Lyn Keefe
> White & Case LLP
> 3000 El Camino Real
> 5 Palo Alto Square, 9th Floor
> Palo Alto, CA 94306
> hkeefe@whitecase.com

Julie Anne Nokleberg
Fenwick & West
801 California Street
Mountain View, CA 94041
jnokleberg@fenwick.com

Darryl Michael Woo
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
dwoo@fenwick.com

Heather Nicole Mewes
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
hmewes@fenwick.com

Mary Wang
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
mwang@fenwick.com

Carolyn Chang
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
cchang@fenwick.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2008 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

          */s/ Timothy Smagacz*
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov