IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**            Courtroom Clerk: **Monica Narcisse**

DATE:  **January 22, 2008**    [**2:30 pm - 2:40 pm**]        Court reporter: **Not reported**

Case Number:    **C07-04582 MJJ**

Case Name:    **OPLINK COMMUNICATIONS INC**    v.    **O-NET COMMUNICATIONS, LTD. et al.**

COUNSEL FOR PLAINTIFF(S):            COUNSEL FOR DEFENDANT(S):
**Heidi Keefe, Amy Bagdasarian**            **Darryl Woo**

TYPE OF HEARING:    Initial Case Management Conference

MOTIONS PROCEEDINGS:                    RULING:
1.

ORDERED AFTER HEARING:
- 

**SCHEDULING ORDER** TO BE PREPARED BY:    Plntf ()  Deft ()  Joint (**x**)  Court ()

Referred to Magistrate Judge    For:  **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:    **August 27, 2008 at 2:30 pm** (Subj to change)  for  **Claims Construction**
                     **September 16, 2008 at 2:00 p.m.**        for        **Status Conference**

JOINT STATUS STATEMENT DUE:

Pre-Trial Conference Date :        at 3:30 p.m.

**TENTATIVE** Trial Date:    **April 20, 2009** at 8:30 a.m.    Set for **?** days
                Type of Trial:  (**X**)Jury    ( )Court

Notes: