1  HEIDI L. KEEFE (SBN: 178960)
   email: hkeefe@whitecase.com
2  MARK WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.com
3  AMY J. BAGDASARIAN (SBN 227065)
   email: abagdasarian@whitecase.com
4  KYLE D. CHEN (SBN 239501)
   email: kchen@whitecase.com
5  WHITE & CASE LLP
   3000 El Camino Real; 5 Palo Alto Square, 9th Floor
6  Palo Alto, CA  94306
   Telephone:  (650) 213-0300
7  Facsimile:   (650) 213-8158

8  Attorneys for Plaintiff Oplink Communications, Inc.

9  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
10 HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
11 CAROLYN CHANG (CSB NO. 217933)
   cchang@fenwick.com
12 JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
13 FENWICK & WEST LLP
   555 California Street, 12th Floor
14 San Francisco, CA  94104
   Telephone:     (415) 875-2300
15 Facsimile:      (415) 281-1350

16 Attorneys for Defendants and Counterclaimants O-
   Net Communications (Shenzhen) Limited,
17 Multiwave Digital Solutions, Inc. and Chunmeng
   Wu, an individual

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                              OAKLAND DIVISION

21

22 OPLINK COMMUNICATIONS, INC.,           Case No.  C 07-4582 SBA

23              Plaintiff,                **STIPULATION FOR EXTENSION OF
                                          TIME AND [PROPOSED] ORDER
24      v.                                THEREON**

25 O-NET COMMUNICATIONS
   (SHENZHEN) LIMITED; MULTIWAVE
26 DIGITAL SOLUTIONS, INC.;
   CHUNMENG WU, AN INDIVIDUAL,
27
                Defendants.
28

1  **WHEREAS** the parties have met and conferred and agree that it would be in the interests of judicial economy and the best interests of the parties to stipulate to an extension of time for all currently scheduled deadlines in this action pending settlement negotiations and execution of a settlement agreement; and

**NOW THEREFORE**, the parties, through their respective counsel, hereby stipulate, and respectfully request that the Court order, as follows:

1. That the deadline to respond to all pending discovery be extended 30 days.

2. That the parties shall not propound any additional discovery within the next 30 days.

3. That all currently scheduled deadlines per the Court's Pretrial Order entered January 28, 2008 (Docket No. 44) shall be extended by about one month in accordance with the schedule below.

| EVENT | DATE/RULE (if applicable) |
|---|---|
| Opening Claim Construction Brief | August 7, 2008 |
| Responsive Claim Construction Brief | August 21, 2008 (P.L.R. 4-5b:  14 days after opening brief) |
| Reply Claim Construction Brief | August 28, 2008 (P.L.R. 4-5c:  7 days after responsive brief) |
| Patent Technology Tutorial | September 19, 2008 |
| Claim Construction Hearing | September 26, 2008 at 2:30 p.m. |
| Status Conference | October 15, 2008 at 2:00 p.m. (per Judge Armstrong's Civil Standing Order, conferences are held only on Tuesdays and Wednesdays) |
| Final Infringement Contentions | Per P.L.R. 3-6 (30 days after claim construction ruling) |
| Final Invalidity Contentions | Per P.L.R. 3-6 (50 days after claim construction ruling) |
| Oplink to serve willfulness documents; opinion of counsel | Per P.L.R. 3-8 (50 days after claim construction ruling) |
| Trial | (Tentative) May 20, 2009 |

| | | |
|---|---|---|
| 1 | Dated: June 25, 2008 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By:   /s/ Heidi L. Keefe<br>    Heidi L. Keefe |
| 4 | |     Attorneys for Oplink Communications, Inc. |
| 5 | Dated: June 25, 2008 | FENWICK & WEST LLP |
| 6 | | |
| 7 | | By:   /s/ Julie Nokleberg<br>    Julie Nokleberg |
| 8 | |     Attorneys for O-Net Communications (Shenzhen) Limited, and Multiwave Digital Solutions |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: June ___, 2007

    Saundra Brown Armstrong
    United States District Judge