1

2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

3

OPLINK COMMUNICATIONS, INC.,

4

Plaintiff,

5

v.

6

O-NET COMMUNICATIONS

7

(SHENZHEN) LIMITED, *et al.*,

8

Defendants.

9

No.  C 07-4582 SBA

**ORDER**

[Docket No. 44]

10        This matter having been reassigned to this Court from Judge Martin J. Jenkin, all dates set by

11  the Pretrial Order entered January 28, 2008 [Docket No. 44], are VACATED.   Accordingly, the

12  Court sets a Case Management Conference for September 11, 2008 at 2:30 p.m.  The parties shall

13  **meet and confer** prior to the conference and shall prepare a joint Case Management Conference

14  Statement which shall be filed no later than ten (10) days prior to the Case Management Conference

15  that complies with the Standing Order for all Judges of the Northern District of California and the

16  Standing Order of this Court.  Plaintiff(s) shall be responsible for filing the statement as well as for

17  arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the

18  above indicated date and time.

19

20        IT IS SO ORDERED.

21

22  July 3, 2008

23

_____
Saundra Brown Armstrong
United States District Judge

24

25

26

27

28