ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 12, 2008

To Counsel of Record:

  Re: Oplink Communications Inc v. O-Net Communications, Ltd.
     Case No. C 07-04582 SBA MED

Dear Counsel:

  The ADR Program would like to convene a conference call with our legal staff to discuss the Mediation referral.  We would like to schedule this for **Wednesday, August 20, 2008 at 10:00 a.m.**  This office will initiate the call to the phone numbers above unless directed otherwise.  Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

  Thank you for your attention to this matter.

              Sincerely,

              Claudia M. Forehand
              ADR Case Administrator

/cmf