| | |
|---|---|
| 1 | HEIDI L. KEEFE (SBN: 178960) |
|   | email: hkeefe@whitecase.com |
| 2 | MARK WEINSTEIN (SBN: 193043) |
|   | email: mweinstein@whitecase.com |
| 3 | AMY J. BAGDASARIAN (SBN: 227065) |
|   | email: abagdasarian@whitecase.com |
| 4 | KYLE D. CHEN (SBN: 239501) |
|   | email: kchen@whitecase.com |
| 5 | WHITE & CASE LLP |
|   | 3000 El Camino Real |
| 6 | 5 Palo Alto Square, 9th Floor |
|   | Palo Alto, CA  94306 |
| 7 | Telephone:  (650) 213-0300 |
|   | Facsimile:   (650) 213-8158 |
| 8 | |
|   | Attorneys for Plaintiff and Counterclaim Defendant Oplink |
| 9 | Communications, Inc. |
| 10 | DARRYL M. WOO (CSB NO. 100513) |
|    | dwoo@fenwick.com |
| 11 | HEATHER MEWES (CSB NO. 203690) |
|    | hmewes@fenwick.com |
| 12 | CAROLYN CHANG (CSB NO. 217933) |
|    | cchang@fenwick.com |
| 13 | JULIE NOKLEBERG (CSB NO. 247837) |
|    | jnokleberg@fenwick.com |
| 14 | FENWICK & WEST LLP |
|    | 555 California Street, 12th Floor |
| 15 | San Francisco, CA  94104 |
|    | Telephone:     (415) 875-2300 |
| 16 | Facsimile:      (415) 281-1350 |
| 17 | Attorneys for Defendants |
|    | O-Net Communications (Shenzhen) Limited, Multiwave |
| 18 | Digital Solutions, Inc., and Chunmeng Wu, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., | Case No. C 07-04582 SBA |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER** |
| v. | |
| O-NET COMMUNICATIONS (SHENZHEN) LIMITED, MULTIWAVE DIGITAL SOLUTIONS, INC., AND CHUNMENG WU, an individual, | |
| Defendants. | |

JOINT CMC STATEMENT                                                        CASE NO. 07-04582 SBA

Pursuant to Court's July 3, 2008 Order, the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court, plaintiff and counterclaim defendant Oplink Communications, Inc. ("Oplink") and defendants and counterclaimants O-Net Communications (Shenzhen) Limited ("O-Net Shenzhen"), Multiwave Digital Solutions, Inc. ("Multiwave") and Chunmeng Wu ("Wu") (collectively, "O-Net") submit this Joint Case Management Statement and Request for Continuance and [Proposed] Order.

## I. CASE STATUS AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

On August 26, 2008, Oplink, O-Net Shenzhen, Multiwave and Wu entered into a confidential Settlement Agreement resolving all claims at issue in the lawsuit. The parties will jointly file with the Court a stipulation dismissing all claims with prejudice following the satisfaction of certain conditions set forth in the Settlement Agreement. The parties expect the stipulation to be filed on September 15, 2008.

Accordingly, the parties request that the Court continue the September 11, 2008 Case Management Conference by thirty days, during which time the parties expect a dismissal to be filed.

Dated: August 27, 2008       WHITE & CASE LLP

                             By:      /s/ Heidi L. Keefe
                                        Heidi L. Keefe

                             Attorneys for Plaintiff
                             Oplink Communications, Inc.

Dated: August 27, 2008       FENWICK & WEST LLP

                             By:      /s/ Darryl M. Woo
                                        Darryl M. Woo

                             Attorneys for Defendants
                             O-Net Communications (Shenzhen) Limited,
                             Multiwave Digital Solutions, Inc., and Chunmeng Wu,
                             an individual

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefore;

**IT IS ORDERED:**

1. The September 11, 2008 Case Management Conference be taken off-calendar;

2. That the parties submit a status report to the Court by September 26, 2008.

Dated: _____, 2008

By:_____
The Honorable Saundra B. Armstrong

UNITED STATES DISTRICT JUDGE