IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oplink Communications Inc | NO. CV 07-04582 SBA |
|     Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY** |
| O-Net Communications, Ltd. | |
|     Defendant,                / | |

Please be advised that on **08/27/08,** the incorrect docket event was used by counsel **Request for Continuance and Proposed Order [52].**

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 08/28/2008

Jessie Mosley
510-637-3536
Case Systems Administrator