1  HEIDI L. KEEFE (SBN: 178960)
   email: hkeefe@whitecase.com
2  MARK WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.com
3  AMY J. BAGDASARIAN (SBN: 227065)
   email: abagdasarian@whitecase.com
4  KYLE D. CHEN (SBN: 239501)
   email: kchen@whitecase.com
5  WHITE & CASE LLP
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
7  Telephone:  (650) 213-0300
   Facsimile:   (650) 213-8158
8
   Attorneys for Plaintiff and Counterclaim Defendant Oplink
9  Communications, Inc.

10 DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
11 HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
12 CAROLYN CHANG (CSB NO. 217933)
   cchang@fenwick.com
13 JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
14 FENWICK & WEST LLP
   555 California Street, 12th Floor
15 San Francisco, CA  94104
   Telephone:    (415) 875-2300
16 Facsimile:     (415) 281-1350

17 Attorneys for Defendants
   O-Net Communications (Shenzhen) Limited, Multiwave
18 Digital Solutions, Inc., and Chunmeng Wu, an individual

19                UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21                      OAKLAND DIVISION

| | |
|---|---|
| 22  OPLINK COMMUNICATIONS, INC., | Case No. C 07-04582 SBA |
| 23           Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER** |
| 24  v. | |
| 25  O-NET COMMUNICATIONS (SHENZHEN) LIMITED, MULTIWAVE DIGITAL SOLUTIONS, INC., AND CHUNMENG WU, an individual, | |
| 27           Defendants. | |

JOINT CMC STATEMENT                                        CASE NO. 07-04582 SBA

Pursuant to Court's July 3, 2008 Order, the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court, plaintiff and counterclaim defendant Oplink Communications, Inc. ("Oplink") and defendants and counterclaimants O-Net Communications (Shenzhen) Limited ("O-Net Shenzhen"), Multiwave Digital Solutions, Inc. ("Multiwave") and Chunmeng Wu ("Wu") (collectively, "O-Net") submit this Joint Case Management Statement and Request for Continuance and [Proposed] Order.

## I. CASE STATUS AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

On August 26, 2008, Oplink, O-Net Shenzhen, Multiwave and Wu entered into a confidential Settlement Agreement resolving all claims at issue in the lawsuit. The parties will jointly file with the Court a stipulation dismissing all claims with prejudice following the satisfaction of certain conditions set forth in the Settlement Agreement. The parties expect the stipulation to be filed on September 15, 2008.

Accordingly, the parties request that the Court continue the September 11, 2008 Case Management Conference by thirty days, during which time the parties expect a dismissal to be filed.

Dated:  August 27, 2008         WHITE & CASE LLP

                                By:      /s/ Heidi L. Keefe
                                         Heidi L. Keefe

                                Attorneys for Plaintiff
                                Oplink Communications, Inc.

Dated: August 27, 2008          FENWICK & WEST LLP

                                By:      /s/ Darryl M. Woo
                                         Darryl M. Woo

                                Attorneys for Defendants
                                O-Net Communications (Shenzhen) Limited,
                                Multiwave Digital Solutions, Inc., and Chunmeng Wu,
                                an individual

JOINT CMC STATEMENT              2              CASE NO. 07-04582 SBA

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefore;

**IT IS ORDERED:**

1. The September 11, 2008 Case Management Conference be taken off-calendar;

2. That the parties submit a status report to the Court by September 26, 2008.

Dated: _____, 2008

By: _____
The Honorable Saundra B. Armstrong

UNITED STATES DISTRICT JUDGE